UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD L. FULTON,

    Plaintiff,

v.

BRUCE FULTON, *et al.,*

    Defendants.

Case No. C12-330-RSM

REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, has filed a proposed complaint and an application to proceed *in forma pauperis* ("IFP") in the above-entitled civil action against the Defendants, who are his parents. The proposed complaint is devoid of factual content, stating:

> I accuse Bruce & Ju-Chan of violating my civil rights by being negligent, kicking me out before I was 18, verbal and physical abuse, cruel and unusual punishment, abandonment, etc.
>
> I request a grand jury and either 25% of their assets of $250,000.

Dkt. 1-1.

A plaintiff must "plead a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). The factual allegations of a complaint must be "enough to raise a right to relief above the speculative level." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007). A complaint may be dismissed as a matter of law if it

REPORT AND RECOMMENDATION
PAGE - 1

lacks a cognizable legal theory or states insufficient facts to support a cognizable legal claim. *See Robertson v. Dean Witter Reynolds, Inc.*, 749 F.2d 530, 534 (9th Cir. 1984). Under 28 U.S.C. § 1915(e)(2), the district court must dismiss the case "at any time" it determines the complaint is frivolous or fails to state a claim on which relief may be granted. Section 1915(e) applies to all IFP proceedings, not only those filed by prisoners. *See Lopez v. Smith*, 203 F.3d 1122, 1126 n.7 (9th Cir. 2000).

Here, Plaintiff's proposed complaint lacks any cognizable legal theory, and therefore appears fails to state a claim on which relief may be granted. Setting aside the court's concerns that Plaintiff may be under 18 years of age, and therefore may lack capacity to bring this suit, a federal civil-rights lawsuit is not the proper vehicle by which the Plaintiff can address issues of alleged parental neglect.

Because the Plaintiff has failed to identify a cognizable legal theory under which he is entitled to relief, the court recommends that his complaint be dismissed and his IFP application be denied as moot. A proposed order accompanies this Report and Recommendation.

DATED this 6th day of March, 2012.

JAMES P. DONOHUE
United States Magistrate Judge