UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD L. FULTON, | Case No. 12-330-RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| BRUCE FULTON, et al., | |
| Defendants. | |

The Court, after careful consideration of Plaintiff's proposed complaint and application to proceed *in forma pauperis*, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   The proposed complaint, Dkt. 1-1, is DISMISSED without prejudice.

(3)   Plaintiff's motion to proceed *in forma pauperis*, Dkt. 1, is DENIED as moot.

ORDER OF DISMISSAL
PAGE - 1

(4)     The Clerk is directed to send copies of this Order to petitioner and to Judge Donohue.

DATED this 3 day of April 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2